

## Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00681-CV

John E. **RODARTE**,
Appellant

v.

**BENEFICIAL TEXAS, INC.**, its successors and assigns,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI14597
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Luz Elena D. Chapa, Justice

Delivered and Filed:  November 5, 2014

DISMISSED

When John E. Rodarte filed this appeal, he was required to pay a $195.00 filing fee. *See* TEX. R. APP. 5; TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). Rodarte did not pay the required filing fee; accordingly, the clerk of this court notified him by letter on September 29, 2014, that the filing fee was due. On October 13, 2014, when the fee remained unpaid, this court ordered that Rodarte must, not later than October 23, 2014, either (1) pay the applicable filing fee

or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."). The court advised Rodarte that if he failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

The filing fee has not been paid, and Rodarte has not otherwise responded to our October 13, 2014 order. We therefore dismiss this appeal for want of prosecution.

PER CURIAM